# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, P.D. LOCHNER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## GEORGE K. LUCAS
## HOSPITAL CORPSMAN SECOND CLASS (E-5), U.S. NAVY

## NMCCA 201400237
## GENERAL COURT-MARTIAL

**Sentence Adjudged:** 4 March 2014.
**Military Judge:** CAPT A.H. Henderson, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southwest, San Diego, CA.
**Staff Judge Advocate's Recommendation:** CAPT J.M. Nilsen, JAGC, USN.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 September 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that all confinement in excess

of 49 days was suspended for a period of six months from the date the appellant was released from confinement.

                              For the Court



                              R.H. TROIDL
                              Clerk of Court

2